GOULD v. DUFFY.[1]

(February 8, 1901).

Nos. 12,465—(237).

Action in the district court for Polk county to recover $1,000. The case was tried before Watts, J., and a jury, which rendered a verdict in favor of plaintiff. From an order denying his motion for a new trial, defendant appealed. Affirmed.

A. A. Miller and Tracy R. Bangs, for appellant.

Montague & Morrison and De Forest Bucklen, for respondent.

PER CURIAM.

There are no assignments of error in this case, except those which go to the sufficiency of the evidence to support the verdict, and the other questions discussed by appellant will not be considered. The record having been examined, and the verdict found to be sustained by the evidence, the order of the trial court denying the motion for a new trial is affirmed.

[1] Reported in 85 N. W. 1135.